No. 90–5127. WATSON *v.* GARDNER ET AL. C. A. 6th Cir. Certiorari denied. 

No. 90–5128. WOODS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 90–5129. FREDERICK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 90–5130. SILVER *v.* VERMONT ET AL. Sup. Ct. Vt. Certiorari denied.

No. 90–5131. ALLUSTIARTE ET AL. *v.* COOPER. C. A. 9th Cir. Certiorari denied. 

No. 90–5133. CARVALHO *v.* NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–5135. SMITH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 90–5136. VENIE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 90–5137. ROSS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 90–5138. OWENS *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 90–5139. WOOTEN *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 90–5144. PATTERSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 90–5145. HEWLETT *v.* BEARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–5146. USMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 90–5147. PANICO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.